ALBANY,
January, 1830.

Bush
v.
Phillips.

BUSH *vs.* PHILLIPS.

An order to stay waste will be granted after commencement of suit on a proper affidavit.
Whether notice of the application should be given to the defendant, *quere.*

MOTION for an order to prevent *waste.* This motion was made on an affidavit, stating that an action of ejectment had been commenced during the present term for the recovery of 400 acres of land in the county of Sullivan; that the principal value of the premises consists in the pine timber and other timber thereon; that the defendant, with several persons in his employment, is now actually engaged in cutting down the pine timber with a view of converting the same into logs, boards, &c. and taking and carrying away the same ; and that the deponent (the plaintiff) verily believed that the defendant would continue to commit waste unless prevented by the order of this court.

*R. S. Street,* for plaintiff.

*By the Court,* SUTHERLAND, J. This case calls for the exercise of the power of this court, conferred by the Revised Statutes, (2 R. S. 336, § 18.) The only doubt as to the granting of the order has arisen from the application being *ex parte,* notice not having been given to the defendant. Whether notice should be required of applications for orders of this kind, we do not now determine. Under the circumstances of this case, we grant the order.

Order granted. *

* The section of the act is in those words. "After the commencement of any action for the recovery of land, or for the recovery of the possession of land, the defendant shall not make any waste of the land in demand, pending the suit; and if such defendant shall commit waste, the court in which the suit is pending shall have power, on the application of the plaintiff, to make an order restraining the defendant from the commission of any further waste thereon."